The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DARRELL WALKER,<br><br>Plaintiff,<br><br>v.<br><br>MAGNA5 LLC,<br><br>Defendant. | Case No. 2:18-CV-01881-JLR<br><br>**STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: MARCH 7, 2019** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 7th day of March 2019.

| | |
|---|---|
| *s/ Alexander J. Higgins* | *s/ Ryan P. Hammond* |
| Alexander Joseph Higgins, WSBA #20868 | Ryan P. Hammond, WSBA #38888 |
| Law Offices of Alex J. Higgins | rhammond@littler.com |
| 2200 Sixth Ave., Ste. 835 | **LITTLER MENDELSON, P.C.** |
| Seattle, WA 98121-1843 | One Union Square |
| P: 206-340-4856 | 600 University Street, Suite 3200 |
| F: 206-260-8803 | Seattle, WA 98101.3122 |
| alex@alexjhiggins@gmail.com | Telephone: (206) 623-3300 |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND REQUEST FOR ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 2:18-CV-01881-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: March 11, 2019

_____
The Honorable James L. Robart
United States District Court Judge

*Presented by:*

*s/ Ryan P. Hammond*
Ryan P. Hammond (WSBA No. 38888)
rhammond@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,
Notice of Presentation Waived:*

*s/ Alexander J. Higgins*
Alexander Joseph Higgins (WSBA No. 20868)
alex@alexjhiggins@gmail.com
Law Offices of Alex J. Higgins

Attorneys for Plaintiff

STIPULATION AND REQUEST FOR
ORDER OF DISMISSAL WITH PREJUDICE - 2
2:18-CV-01881-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on March 7, 2019, I filed the **STIPULATION AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the ECF filing system, which served a true and correct copy of the foregoing document to the Honorable James L. Robart and on the following persons:

Alexander Joseph Higgins, WSBA #20868
Law Offices of Alex J. Higgins
2200 Sixth Ave., Ste. 835
Seattle, WA 98121-1843
P: 206-340-4856
F: 206-260-8803
alex@alexjhiggins@gmail.com

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on March 7, 2019 at Seattle, Washington.

*s/ Tiffany D. Holiday*
Tiffany D. Holiday
tholiday@littler.com
**LITTLER MENDELSON, P.C.**

FIRMWIDE:162804933.1 086374.1004

STIPULATION AND REQUEST FOR
ORDER OF DISMISSAL WITH PREJUDICE - 3
2:18-CV-01881-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300